UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

      Plaintiff,

-and-

**TONY B. SMITH,**  Case No. 04-73813

      Plaintiff-Intervenor,  Hon. George Caram Steeh
  Mag. Virginia M. Morgan

vs.

**WOLVERINE BRONZE COMPANY and WILLIAM SMITH, jointly and severally,**

      Defendants.

---

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**<br>By:   Adele Rapport (P44833)<br>        Robert K. Dawkins (P38289)<br>        Dale Price (P55578)<br>**Attorneys for Plaintiff**<br>477 Michigan Avenue, Room 865<br>Detroit, Michigan 48226<br>(313) 226-6701 | **KELLER THOMA, P.C.**<br>By:   Thomas L. Fleury (P24064)<br>        Karin M. Young (P55808)<br>        Kevin T. Sutton (P65364)<br>**Attorneys for Defendants**<br>440 East Congress, 5th Floor<br>Detroit, Michigan 48226-2918<br>(313) 965-7610 |
| **DIG, FAGAN AND BRAULT, P.C.**<br>By:   Barry S. Fagan (P34275)<br>        J. Ryan Milligan (P64906)<br>**Attorneys for Plaintiff-Intervenor**<br>25892 Woodward Avenue<br>Royal Oak, Michigan 48067-0910<br>(248) 542-6300 | |

---

**STIPULATED ORDER DISMISSING PLAINTIFF'S
<u>CLAIMS, WITH PREJUDICE</u>**

At a session of said Court, held in the United States
District Court, Detroit, Michigan, on
December 12, 2005

Present: Hon. GEORGE CARAM STEEH
United States District Court Judge

The parties having stipulated and the Court being otherwise advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed, with prejudice, and without costs or attorney fees to any party.

**IT IS SO ORDERED.**

**This resolves the last pending claim.**

Dated: 12/12/05

s/GEORGE CARAM STEEH
U. S. District Court Judge

Approved as to Form and Content:

By     s/with consent of Dale Price
Attorneys for Plaintiff
477 Michigan Avenue, Room 865
Detroit, Michigan 48226
(313) 226-6701
Primary E-mail: dale.price@eeoc.gov
P55578

By          s/Kevin T. Sutton
Attorneys for Defendants
440 East Congress, 5th Floor
Detroit, Michigan 48226-2918
(313) 965-7610
Primary E-mail: kts@kellerthoma.com
P65364

By    s/with consent of Barry S. Fagan
Attorneys for Plaintiff-Intervenor
25892 Woodward Avenue
Royal Oak, Michigan 48067-0910
(248) 542-6300
Primary E-mail: bfagan@dibandfagan.com
P34275